# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Randolph W. Fort

Case No. Civil 01-2344 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

St. Paul Fire and Marine Insurance Company

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:
1. Defendant's motion to dismiss is GRANTED, and
2. Plaintiff's motion to remand is DENIED.

DATE: 5/28/02

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk