UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Randolph W. Fort,
Plaintiff,

Civil 01-2344 ADM/AJB

v.

St. Paul Fire and Marine Insurance Company,
Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff Randolph W. Fort as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for service of process and filing | $ 411.00 | $ 150.00 |
| Postage | $ 4.82 | $ 4.82 |
| Fees and disbursements for printing | $ 172.65 | $ 172.65 |
| TOTAL: | $ 588.47 | $ 327.47 |

Costs, therefore, are taxed in the sum of Three Hundred Twenty-Seven Dollars and 47/100 ($327.47) in favor of Defendant St. Paul Fire and Marine Insurance Company and against Plaintiff Randolph W. Fort and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 6, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M Leonetti
Amy M. Leonetti
Law Clerk

AUG 2002
JUDGMENT ENTD. AUG 2002
DEPUTY CLERK